# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

JAFET JOSE IZAGUIRE CASTILLO,

                 PETITIONER,

v.                                      CIVIL ACTION NO. 3:26-0104

CARL ALDRIDGE, Superintendent,
Western Regional Jail;
MICHAEL T. ROSE, Acting Field Office
Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement,
TODD M. LYONS, Acting Director,
United States Immigration and Customs Enforcement;
KRISTI NOEM,
Secretary of Homeland Security;
PAMELO JO BONDI,
United States Attorney General,
in their official capacities,

                 RESPONDENTS.

## ORDER TO SHOW CAUSE

Upon consideration of Petitioner's Verified Petition for a Writ of Habeas Corpus (ECF No. 1),

**IT IS HEREBY ORDERED** that:

1. Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted by **Tuesday, February 17, 2026, at 5:00 P.M.**

2. Petitioner shall have an opportunity to file a reply by **Thursday, February 19, 2026, at 12:00 P.M.**

3. This matter shall be heard by this Court on **Friday, February 20, 2026, at 10:30 a.m.**

4. Respondents shall not remove or facilitate the removal of Petitioner and/or his property from the Southern District of West Virginia pending further order of the Court. To the extent Petitioner has already been removed from this jurisdiction but has not already been booked into another detention facility, Petitioner shall be returned to the Southern District of West Virginia **FORTHWITH, IMMEDIATELY, AND IN NO EVENT LATER THAN MONDAY, FEBRUARY 16, 2026**. To the extent Petitioner has already been removed from this jurisdiction and booked into another detention facility, Petitioner shall not be transferred again or removed pending further order of the Court, and Respondents shall **FORTHWITH, IMMEDIATELY, AND IN NO EVENT LATER THAN SUNDAY, FEBRUARY 15, 2026,** afford Petitioners a reasonable opportunity to confidentially consult with counsel, and shall take all necessary steps to facilitate such communication.

5. Upon receipt of this Order, Respondents shall promptly ensure that all of Petitioners' property seized incident to detention is accounted for and that all such property can be immediately made available to Petitioners in the event Petitioners are released. To the extent Petitioners' property has already been removed from this jurisdiction, Respondents shall take all necessary steps to ensure that said property can be immediately made available to Petitioners in the event Petitioners are released.

6. Service of this Order shall be made by Petitioner on the United States Attorney for the Southern District of West Virginia by **5:00 P.M. on Friday, February 13, 2026**, and shall constitute good and sufficient service on the federal defendants.

7. Service of this Order shall be made by Petitioner on Carl Aldridge, Superintendent, Western Regional Jail, or an agent of Superintendent Aldridge at the Western Regional

Jail, by **5:00 PM on Friday, February 13, 2026,** and shall constitute good and sufficient service on Superintendent Aldridge.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: February 13, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE